IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF
Represented by Kristin Bryant

v.                                    4:12CR00293-003  SWW

JAMES EARL GAMBLE, JR.                                                DEFENDANT
Represented by Jack Kearney

<u>Clerk's Minutes for Proceedings Before U. S. District Judge Susan Webber Wright
Waiver of Indictment and Plea</u>

Began: 1:10 p.m.

On February 10, 2015 the above named defendant appeared in person before the Honorable Susan Webber Wright, United States District Judge, and after being duly sworn, defendant stated the desire to waive the indictment and enter plea of guilty to Count 1 of the felony information. Waiver executed in open court. The Court made inquiry as to guilt and being satisfied that there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. The superseding indictment is dismissed on motion of the government. The motion to sever defendant [doc #177] is denied as moot.

The defendant is remanded to USM custody.

Plea Agreement & Addendum (under seal) filed in Open Court.

Probation: Audrene Ellis
Reporter: Cheryl Kellar
Clerk: Cecilia Norwood

Adjourned: 1:30 p.m.